December 17, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

LIBERTY SURPLUS INSURANCE CORPORATION AND COMMERCE & INDUSTRY INSURANCE COMPANY, Appellants

NO. 14-14-00254-CV    V.

EXXON MOBIL CORPORATION, Appellee

_____

This cause, an appeal from the judgment signed March 7, 2014 in favor of appellee Exxon Mobil Corporation, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants Liberty Surplus Insurance Corporation and Commerce & Industry Insurance Company jointly and severally to pay all costs incurred in this appeal.

We further order this decision certified below for observance.